No. 733, Misc.  MAUPIN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 756, Misc.  ATTERSON *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 763, Misc.  RICHTER *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 784, Misc.  BURDIX *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 787, Misc.  SORBER *v.* WIGGINS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  Supreme Court of Mississippi.  Certiorari denied.  *R. D. Everitt* for petitioner.

No. 791, Misc.  HOUSTON *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  *Preston Pope Reynolds* for petitioner.

No. 227.  UNITED MINE WORKERS OF AMERICA ET AL. *v.* ARKANSAS OAK FLOORING CO., *ante,* p. 62.  Rehearing denied.  MR. JUSTICE HARLAN took no part in the consideration or decision of this application.